## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ZACHARY ROBERT GERLICH,** | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:14-CV-3534-L-BK** |
| | § | |
| **ABE PARDINGTON, Police Officer,** | § | |
| | § | |
| Respondent. | § | |

## ORDER

The case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on October 29, 2014, recommending that this action be stayed and administratively closed.  No objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, **accepts** them as those of the court, and **stays** this action until the state criminal charge against Petitioner is finally resolved.  The clerk of the court is directed to **administratively close** this action.  Once the state criminal proceeding is concluded, Plaintiff may file a motion to reopen within 21 days, otherwise this case will be dismissed without prejudice.

**It is so ordered** this 26th day of November, 2014.

Sam A. Lindsay
United States District Judge

Order - Solo Page